Montreal K Haynes TS46030
Name and Prisoner/Booking Number

Maricopa County 4th Ave Jail
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, Arizona 85009
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ___ LODGED
___ RECEIVED ___ COPY
DEC 1 6 2019
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Montreal K. Haynes,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) The State Phoenix, AZ,
(Full Name of Defendant)

(2) _____,

(3) _____,

(4) _____,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-19-05833-PHX-SPL--DMF
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

correct
☑ Original Complaint
☑ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☑ Other: CPS Case Chicago IL

2. Institution/city where violation occurred: Maricopa County Phoenix AZ 85009

## B. DEFENDANTS

1. Name of first Defendant: __STATE OF PHOENIX, AZ__. The first Defendant is employed as:_____ at _____.
   (Position and Title)                                    (Institution)

2. Name of second Defendant:_____. The second Defendant is employed as:
   as:_____ at _____.
   (Position and Title)                                    (Institution)

3. Name of third Defendant:_____. The third Defendant is employed
   as:_____ at _____.
   (Position and Title)                                    (Institution)

4. Name of fourth Defendant:_____. The fourth Defendant is employed
   as:_____ at _____.
   (Position and Title)                                    (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☒ No

2. If yes, how many lawsuits have you filed?_____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties:_____ v. _____
      2. Court and case number:_____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   b. Second prior lawsuit:
      1. Parties:_____ v. _____
      2. Court and case number:_____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   c. Third prior lawsuit:
      1. Parties:_____ v. _____
      2. Court and case number:_____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: <ins>Illeagaley tasered me & denied me Medical Advice.</ins>

2. **Count I.** Identify the issue involved. Check **only one.** State additional issues in separate counts.

   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☒ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each **Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I Montreal K Haynes was Jailed at the time 09-28-19 or 09-29-19 inside Maricopa County 4th Ave Jail I was Place inside Alone an Secure safe cell Five White man wearing Sherif uniforms open the door And roughley Threw me towards ground I did not struggle both my left & right hand is place behind my back Firmly my arm or wrist seems be twisted or turn painfully I was Force out my Personal Jeans & T-Shirt both wear rip or torn from me I cried for (Help) Video

   A pair of Security guards redress (ME) Starting with my pants I myself witness 2 guards & a elderly white rn Female Standing outside the Safe cell while laying on my belly Secure I felt instant pain too lower top right side my back I Scream I turn to right of me to see guard holding his taser gun I note it was bright yellow I remember the (Sound) it done on me I been tazed hands still (Secure) I was drag or pulled to my Feet I was (Light Headed dizzy) Put an Shirt on march passed the waiting RN Staff I Ask for help & treatment None came place on hole. (Charges were drop) Few day's Later injury's deface - tatoo back side Minor. (Scrapes) No Reports)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   deface - tatoo lower backside taser burn right hand small cuts

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count I?    ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?    ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

# COUNT II

1. State the constitutional or other federal civil right that was violated: My rights

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☑ Other: DISTREMNATION....

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

I Montreal K Haynes will like Report maricopa county on ground of distramnation Since my arival here on Phonix AZ from chicago IL regarding right's my child I belive The first event took place an CPS court room regarding a Judge. She was supose return my child instead She countered the case. My second event regarding distramnation cocerns Phonix AZ cop Name StickKA former Squad 88 member my first expert run Erid with him he arrested me an 2017 At time thoes charges where drop he slander me an his Report calling ME trouble Maker, bulley And Thug At the time I had no arrest an single father my Second run End with StickA was A day later on Jackson Ave he aproch me I Ask him step Away I yelled he wanted to talk About Boost mobile 2+E I Reported the day before missing After his Arest he cozn a verbal conflict Shouting he does not have the phone I was an fear of my life (he takes Pitbull / Steal while An cinform) More incedents to follow. Another run-in with Phonix Police me & my girl friend At the time Ashley worley was on date A white man ran off the glendale train with mase pointed it At us I call Phonix police I went to Jail I Felt distramnated on everyone was white but us I Felt Scared & helpless to protect my girlfriend. I was tazed by A white Man after being Subdue inside Safe cell. More distramnation takes Place out room to evide there is mutiple video's & phone record

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
I Fear the Phonix Police department / Sherif of maricopa Phx AZ 85003 I Lost 4 year's of Seeing my child & being a Parent I dont take the trayn any more I have 3 Felony's & cant get housing (Perment Phycal / Mental) (Scar'S)

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II? ☑ Yes  ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: Stoping me from Fileing my Clams without interfercen toward CPS Admend

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☒ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: ____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I Montreal K Haynes Atemped to File a distramnation Law Suit on maricopa Countey Phoenix, AZ 85003 I went alone entering the court house after Repeat attemp's to contact My personal lawyer's at said time (Via) Emails, Mail And court dates / documents inside the Court house Located on Jefferson & Centrall seem to be geting alterd My private Email was hack Federal documents were stolen & removed without my consent other events took place At Public Libary on computer #25 I Properly Notified the Mens's Security guard & spoke to him regarding a theift of libary card & invasion of My privacey Attemping to File Fraud charges on maricopa county incendent online Internet browser Search I was force to glendale web page regarding SSI, My cell phone was tamperd with I belive someone was listening to my Coversation I inform my family member's I belive be followed by Phonix Palice the Last incedont My court date was removed back in forth, inside 4th Ave guards mess with Mail & Phone stoping me again from fileing Reports Aganist them dating bk 2017-2019 / it's be noted this is My Second Attemp to File a Complaint.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   My court date's where moved I fought with guards trying Report these Strange events I witness 3 Phonix cops come from room inside Sincal Security I was Arrested but incedent never Reported fully

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count III?  ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Count III to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I Montreal Am Asking for All time, Fines, court cost An lumb Sum of $~~~~~~~~ doller's for doctor bill insury to head, blood Pressure, face insury to left cheek Jaw, Stab to left Shoulder blade muscle, Predjudice, Thorting emotional destress on going over 4 year Period / knowing taken my child Illegally & safe return my child / Scadal. I Also seek tax Free credit ...... Ect AN ~~~~ Sum 2.00 billon US doller's

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12-11-2019
                    DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6

# MARICOPA COUNTY SHERIFF'S OFFICE

## CERTIFICATION

I hereby certify that on this date     **13 December 2019**

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___ Hon _____ United States District Court, District of Arizona.

___ Hon _____ United States District Court, District of Arizona.

___ Attorney General, State of Arizona, _____

___ Judge _____ Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona _____

___ Public Defender, Maricopa County, State of Arizona _____

___ Attorney _____

___ Other _____

___ _____

___ _____

_____    B3527
Legal Support Specialist Signature    S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009